ported by the record. *State v. Martin*, 395 S.W.2d 97, 100 (Mo.1965).

Affirmed.

REINHARD, C.J., and CRANDALL, J., concur.

**STATE of Missouri, Respondent,**

v.

**Dwayne Keith TATE, Appellant.**

**No. 47666.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Aug. 8, 1984.

Robert Jackson Maurer, Public Defender, Clayton, for appellant.

John Ashcroft, Atty. Gen., Jefferson City, for respondent.

### ORDER

PER CURIAM:

Defendant, Dwayne Keith Tate, appeals from his conviction, after a jury trial, of burglary in the second degree. He was sentenced to imprisonment for nine years as a persistent offender. No jurisprudential purpose would be served by a written opinion. The judgment of the trial court is affirmed pursuant to Rule 30.25(b).